FILED
JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ernest B. Ford
Fed. Register No. 08550-007
United States Penitentiary, Big Sandy
P.O. Box 2068
Inez, Kentucky 41224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERNEST B. FORD, pro se

        Plaintiff,

v..

United States Dept. of Justice
Office of Information and Privacy (DOJ/OIP),
Marie A. O'Rourke, Asst. Director;
Executive Office of U.S. Attorneys Freedom
of Information Act Section (EOUSA/FOIA),
Richard L. Huff, Co-Director.

        Defendants.

Case: 1:07-cv-01305
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 07/23/2007
Description: FOIA/PRIVACY ACT

## COMPLAINT FOR DECLATORY AND INJUNCTIVE RELIEF FOR VIOLATIONS OF THE FREEDOM OF INFORMATION ACT

1. This is an action under the Freedom of Information Act (FOIA), 5 USC Sec. 552, as amended, to order the production of agency records from the U.S. Dept. of Justice, Office of Information and Privacy (DOJ/OIP), and/or from the Executive Office of U.S. Attorneys Freedom of Information Act Section (EOUSA/FOIA); records consisting of three (3) specific documents not totaling over 250 pages pertaining to May/June, July, and Sept. 1989 Plea and Sentencing

RECEIVED
JUL 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Hearing dates before the Superior Court of the District of Columbia in Crim. Case No. F-6753-87, which the U.S. Attorney's Office prosecuted and entered into agreement with concerning ERNEST B. FORD.

2. This Court has jurisdiction over this action pursuant to 5 USC Sec. 552(a)(4)(B).

3. Plaintiff ERNEST B. FORD, Fed. Register No. 08550-007, is a federal inmate at the United States Penitentiary, Big Sandy (Inez, Kentucky) and is both the subject and requester of the withheld records.

4. By letter dated Sept. 19, 2005, Plaintiff made request from the U.S. Dept. of Justice Executive Office of U.S. Attorneys (EOUSA), pursuant to provisions of the Freedom of Information Act (FOIA) for three (3) *specific* documents pertaining to his 1989 Pleas and Sentencing Hearings -- documents numbering less that 250 pages total.

5. On October 14, 2005, Marie A. O'Rourke, Asst. Director (EOUSA/FOIA/OIP) acknowledged the agency's receipt of Plaintiff's FOIA Request and assigned it Request Number 05-2930.

6. On November 7, 2005, the Office of Information and Privacy (OIP) issued a letter clarifying that 05-2930 was

indeed the Request Number assigned Plaintiff's request, and not a second number which had been subsequently issued Oct. 18, 2005.

7. On two subsequent additional dates, January 9, 2006 and July 17, 2006, Plaintiff wrote Marie A. O'Rourke, Asst. Dir. (EOUSA/FOIA/OIP) reiterating that his was a "<u>Specific Request</u>" and <u>was</u> <u>not</u> a typical "project request" and therefore should be handled/processed in expedited fashion.

8. On August 21, 2006, after not receiving any response from EOUSA/FOIA Section in over 9 months, Plaintiff wrote Richard L. Huff, Co-Director, Office of Information and Privacy appealing the failure of EOUSA to honor or fulfill his FOIA request.

9. Plaintiff's letter to Richard Huff was responded to on October 11, 2006 by David Metcalfe, Director -- U.S. Justice Department Office of Information and Privacy, assigning Plaintiff an Appeal Number but indicating that because "EOUSA had not yet made an adverse determination there was no action his office could take" -- that there was "no action for his office to consider."

10. On December 11, 2006, more than a full year after having made his initial FOIA request and still not having

it honored, Plaintiff wrote again to the Office of the Asst. Director, EOUSA inquiring about the status of his request which to date had still gone unfulfilled.

11. Considering the foregoing, Plaintiff has exhausted all administrative remedy available to him to try and obtain the requested records (transcripts) and, this action is proper for him to obtain judicial relief.

## CONCLUSION

12. WHEREFORE Plaintiff asserts he has a statutory right to the requested records and that there is no legal basis for defendants not to disclose them, Plaintiff humbly requests that this Court,

13. Declare that Defendants' refusal to disclose withheld records is unlawful;

14. Declare that the Defendants' failure to fulfill its statutory duties required by the FOIA is in violation of Congress's intent and the statutory purposes of the FOIA ;

15. Order the Defendant Agency(ies) make requested records immediately available to Plaintiff whereupon said defendants and agency(ies) they represent are far beyond

the time frame allotted by the FOIA to make such records available and to accommodate such a request;

16. Award Plaintiff and this Honorable Court reimbursement for the cost of this action, and;

17. Grant such other and further relief as this Honorable Court may deem just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2007:

*/s/ E. B. Ford*

ERNEST B. FORD, pro se
Fed. Reg. No. 08550-007
USP Big Sandy
P.O. Box 2068
Inez, Kentucky  41224

5

## CERTIFICATE OF SERVICE

I Ernest B. Ford, pro se, do hereby certify that a copy of the foregoing <u>COMPLAINT FOR DECLATORY AND INJUNCTIVE RELIEF FOR VIOLATIONS OF THE FREEDOM OF INFORMATION ACT</u> has been mailed, First-Class, U.S. Postage pre-paid this 12th day of June, 2007 to the Clerk of the Court, U.S. District Court for the District of Columbia, located at 3rd & Constitution Avenue, N.W., Washington, D.C. 20001, and for service upon attorneys for defendants, the U.S. Justice Department and its agency directors.

Respectfully,

*[signature: Ernest B. Ford]*

Ernest B. Ford
Fed. Reg. No. 08550-007
USP Big Sandy
P.O. Box 2068
Inez, Kentucky  41224

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

I 07-1305 CKK

## I (a) PLAINTIFFS
Ernest B. Ford

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **88888**
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 08550-007

## DEFENDANTS
U.S. Dept of Justice, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01305
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 07/23/2007
Description: FOIA/PRIVACY ACT

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

5

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (If Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (If Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    **DEMAND $** 0    Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form.

DATE 7/20/07   SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd