IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERNEST B. FORD**<br>Fed. Register No. 08550-007<br>United States Penitentiary, Big Sandy<br>P.O. Box 2068<br>Inez, Kentucky 41224<br><br>            **Plaintiff,**<br><br>    v.<br><br>**UNITED STATES DEPARTMENT**<br>**OF JUSTICE**<br>Office of Information and Privacy (DOJ/OIP),<br>MARIE A. O'ROURKE, Asst. Director;<br>EXECUTIVE OFFICE OF U.S.<br>ATTORNEYS<br>Freedom of Information Act Section<br>(EOUSA/FOIA),<br>RICHARD L. HUFF, Co-Director<br><br>            **Defendants.** | Civil Action No. 07-1305 (CKK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire Whitaker, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

 /s/
CLAIRE WHITAKER, D.C. BAR # 354530
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C.  20530
(202) 514-7137

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

ERNEST B. FORD
Fed. Register No. 08550-007
United States Penitentiary, Big Sandy
P.O. Box 2068
Inez, Kentucky 41224

on this _____ day of August, 2007.

                                        \_\_\_\_/s/_____
                                        CLAIRE WHITAKER
                                        Assistant U.S. Attorney
                                        Judiciary Center Building
                                        555 Fourth St., N.W., Rm. E4204
                                        Washington, D.C.  20530
                                        (202) 514-7137