Ernest B. Ford (Reg. No. 08550-007)
USP Big Sandy
P.O. Box 2068
Inez, Kentuckey  41224

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RECEIVED
AUG 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ERNEST B. FORD, pro se : | |
| Plaintiff, : | |
| v.                      : | Civil Action No.  07-1305(CKK) |
| U.S. DEPT. OF JUSTICE, et al., : | |
| Defendants.    : | |

### MOTION TO AMEND COMPLAINT

COMES, ERNEST B. FORD, pro se plaintiff, requesting leave of this Honorable Court to Amend his original complaint captioned above (at the center of which is a 2 year old Freedom of Information Act Request made to various agencies within the U.S. Dept. of Justice).

1. COMES he now in this Motion to Amend Complaint, requesting that defendants disclose and make immediately available to him, not only the three originally requested transcript documents but, the entire <u>case file</u> in Crim. Case No. F-6753-87 (United States v. Ernest B. Ford) already referenced as being heard in the Superior Court of the District of Columbia and prosecuted by the United States Attorneys Office of that jusisdiction.

2. Plaintiff asks leave of this court in making this request to Amend his original complaint stating that:

   a. It would cause no inconvenience to defendants whereby the entire case file must be accessed and retrieved in order to comply with Plaintiff's

original FOIA request made two years ago.

 b. Plaintiff has no confidence in defendants' ability or good will to voluntarily comply with the constraints of the Freedom of Information Act if he were to make and submit an additional FOIA request for the materials he is asking this Court to allow in amending this complaint, defendants having already failed to comply in fulfilling his orignally made request for two years.

 c. Defendants would suffer no inconvenience or harm whereby they have not yet been ordered by this Court to answer Plaintiff's orignal complaint.

3. Plaintiff, pro se, therefore humbly asks this Honorable Court's indulgence in this matter, depending upon any rules, regulations, statutes and laws which may apply to allow him to Amend his original complaint to include his request for the <u>entire case file</u> in Crim. Case No. F-6753-87 (United States v. Ernest B. Ford) that the United States Attorneys Office secured indictment for and prosecuted in the Superior Court of the District of Columbia.

           Humbly submitted,

           *E. B. Ford 8/16/07*
           Ernest B. Ford
           Fed. Reg. No. 08550-007
           USP Big Sandy
           P.O. Box 2068
           Inez, Kentucky 41224

## CERTIFICATE OF SERVICE

I, Ernest B. Ford, pro se, do hereby certify that a copy of the foregoing MOTION TO AMEND COMPLAINT has been mailed, FIrst Class U.S. Postage pre-paid this  16th  day of August, 2007, to the Clerk of the Court, U.S. District Court for the District of Columbia located at 333 Constitution Avenue, N.W. 20001, and for service upon the U.S. Attorneys Office and/or other defendants in this matter.

Respectfully submitted,

E B. Ford 8/16/07

Ernest B. Ford
Fed. Reg. No. 08550-007
USP Big Sandy
P.O. Box 2068
Inez, Kentucky  41224