UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERNEST B. FORD
_____

VS.                                    C.A. No. 07-1305 (CKK)

DOJ, ET AL
_____

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: Richard L. Huff, Co-Director (Office of Information and Privacy)
United States Department of Justice, Flag Bldg. (Suite 570)
Defendant's address: Washington, D.C. 20530-0001

Defendant's name: Daniel J. Metcalfe, Director (Office of Information and Privacy)
United States Department of Justice, Flag Bldg. (Suite 570)
Defendant's address: Washington, D.C. 20530-0001

Defendant's name: Marie A. O'Rourke, Assistant Director
Executive Office of U.S. Attorneys
Defendant's address: (Freedom of Information/Privacy Act Unit
600 - E - Street, N.W. (Rm. 7300)
Washington, D.C. 20530

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

## CERTIFICATE OF SERVICE

I, Ernest B. Ford, pro se, do hereby certify that a copy of the foregoing <u>RESPONSE TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER</u>, has been returned to the Court by First-Class Mail, U.S. Postage pre-paid this <u>16th</u> day of August, 2007 pursuant to the U.S. District Court for the District of Columbia's Order dated Aug. 1, 2007. The foregoing has been mailed to Clerk of the Court, U.S. District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

Respectfully submitted,

*[signature: Ernest B. Ford 8/16/07]*

Ernest B. Ford (#08550-007)
USP Big Sandy
P.O. Box 2068
Inez, Kentucky 41224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERNEST B. FORD
_____
Plaintiff(s)

vs

Civil Action No. 07-1305 (CKK)

DOJ, ET AL
_____
Defendant(s)

### ORDER

The plaintiff(s) was granted leave to proceed <u>in forma pauperis</u> to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C. 1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

RICHARD L. HUFF
_____

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by August 31, 2007 Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_____
UNITED STATES DISTRICT JUDGE
August 1, 2007

Rev. 1/01