UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST B. FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 07-1305 (CKK) |
| V. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

ANSWER

The United States Department of Justice; Office of Information and Privacy ("OIP"); Marie A. O'Rourke, Asst. Director, Executive Office of U.S. Attorneys ("EOUSA") Freedom of Information Act Section; Richard L. Huff, Co-Director, and Daniel J. Metcalfe, Director, OIP, through undersigned attorneys, hereby answer plaintiff's Complaint as follows:[1]

FIRST DEFENSE

Plaintiff has failed to state a claim under the FOIA as no agency records have been unlawfully withheld.

SECOND DEFENSE

Plaintiff has not exhausted his administrative remedies with regard to any new claim against the U.S. Department of Justice, its offices of officials, as set forth in his Motion to

---

[1] On August 22, 2007, plaintiff added Daniel J. Metcalfe, Director (Office of Information and Privacy) to the list of defendants and apparently deleted the U.S. Department of Justice and the EOUSA. See R. 14. On that same date, plaintiff also filed a Motion to Amend Complaint to expand his FOIA claim in this case to include a request for his entire case file in Crim. Case No. F-6753-87 (U.S. v. Ernest B. Ford) in the Superior Court of the District of Columbia. This answer incorporates an answer to plaintiff's Amended Complaint, should his motion be granted.

Amend Complaint [R. 13], i.e., for the case file of Crim. Case No. F-6753-87, <u>United States v. Ford</u>, in the D.C. Superior Court.

### THIRD DEFENSE

Plaintiff has named the U.S. Department of Justice and numerous other defendants. However, the only proper party in this FOIA litigation is the U.S. Department of Justice (hereinafter "defendant").

### FOURTH DEFENSE

Answering the numbered and unnumbered paragraphs of the complaint, defendant responds as follows:

1. Paragraph 1 contains a characterization of plaintiff's action to which no admission or denial is required.

2. Paragraph 2 of the complaint contains allegations regarding jurisdiction to which no admission or denial is required.

3. Paragraph 3 contains a characterization of Plaintiff's inmate status to which Defendant has insufficient knowledge to confirm or deny. To the extent that Paragraph 3 avers that documents were unlawfully withheld, denied.

4. Defendant admits that Plaintiff submitted a request pursuant to the FOIA to the Executive Office for United States Attorneys ("EOUSA"), U.S. Department of Justice, which was received by EOUSA on September 29, 2005. Defendant denies any allegations in conflict with document.

5. Defendant admits that EOUSA acknowledged the agency's receipt of Plaintiff's FOIA Request and designated it Request No. 05-2930.

6. Defendant denies the allegations contained in paragraph 6, except admits that

EOUSA issued a letter dated November 7, 2005, identifying the correct request number.

7. Defendant denies that Plaintiff wrote two subsequent requests to EOUSA highlighting that Plaintiff's request was a "specific request" and not a "project request," except admits that Plaintiff's July 17, 2006, letter states that his request is not a typical "project request."      8. Defendant admits that Plaintiff submitted an appeal to the Office of Information and Privacy ("OIP"), dated August 21, 2006.

9. Defendant admits that by letter dated October 11, 2006, OIP responded to the Plaintiff. The letter is the best evidence of its content.

10. Defendant denies Plaintiff's letter dated December 11, 2006, was received by EOUSA.

## CONCLUSION

11-17. Paragraphs 11 through 17 consist of Plaintiff's legal arguments and/or Pray for Relief, which do not require answers, but to the extent that answers may be deemed required, denied.

Defendant denies each and every statement and allegation in this complaint not specifically admitted above.

WHEREFORE, having fully answered, defendant respectfully requests that judgment be entered in its favor, that this action be dismissed with prejudice, and that defendant be granted such other relief as the Court deems appropriate.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

        /s/
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

        /s/
_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

ERNEST B. FORD
Fed. Register No. 08550-007
United States Penitentiary, Big Sandy
P.O. Box 2068
Inez, Kentucky 41224

on this 24th day of August, 2007.

               ____/s/_____
               CLAIRE WHITAKER
               Assistant U.S. Attorney
               Judiciary Center Building
               555 Fourth St., N.W., Rm. E4204
               Washington, D.C.  20530
               (202) 514-7137