UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST B. FORD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 07-1305 (CKK) |
| : | |
| UNITED STATES DEPARTMENT : | |
| OF JUSTICE, *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

It is hereby

ORDERED that plaintiff's Motion to Amend Complaint [Dkt. #13] is GRANTED. It is further

ORDERED that defendant shall file a dispositive motion not later than October 1, 2007.

The Clerk of Court shall mail a copy of this Order to plaintiff at his address of record.

SO ORDERED.

             _____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date:  August 27, 2007