UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

RECEIVED

OCT 15 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ERNEST B. FORD

      Plaintiff,

v--

UNITED STATES DEPARTMENT OF
JUSTICE, et al.,

      Defendants.

Civil Action No. 07-1305 (CKK)

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Comes Ernest B. Ford, pro se plaintiff pursuant to Rule 6 (Fed.RuleCiv.P.), requesting this Honorable Court grant him a 30 day extension of time within which to respond to Defendant's Motion for Summary Judgment (until December 1, 2007). Defendants, in their denial of Plalintiff's access to criminal history record information such as he requested are clearly in violation. Therefore, Pro se Plaintiff makes this request for needed additional time to secure evidence and support which will rebut and render moot defendant's assertions (and affidavits) provided the court as excuse for their non-compliance with sections of the FOIA (5 U.S.C. Sec. 552).

Respectfully submitted,

*Ernest B. Ford* 10/12/07

Ernest B. Ford
(Fed. Reg. No. 08550-007)
U.S. Penitentiary Big Sandy
P.O. Box 2068
Inez, KY 41224

## CERTIFICATE OF SERVICE

      I, Ernest B. Ford, pro se, do hereby certify that a copy of the foregoing <u>Motion for Extension of Time</u> was mailed, First-Class U.S. Postage pre-paid this 12th day of October, 2007 to the Clerk of the Court, U.S. District Court for the District of Columbia located at 3rd & Constitution Ave., N.W., Washington, D.C. 20001 and for service upon the U.S. Attorneys Office for the District of Columbia.

Respectfully submitted,

*E. B. Ford 10/12/07*

Ernest B. Ford
Fed. Reg. No. 08550-007
USP Big Sandy
Inez, KY 41224