# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST B. FORD,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, <u>et</u> <u>al.</u>,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 07-1305 (CKK)

## <u>MOTION TO EXTEND TIME TO REPLY</u>

Pursuant to Fed. R. Civ. P. 6(b)(1), defendants move this Court for a three-day extension of time, to and including December 18, 2007, to file their reply to plaintiff's opposition to defendants' dispositive motion in this Freedom of Information Act case. As plaintiff is a prisoner proceeding <u>pro</u> <u>se</u>, the local rule about contacting the opposing counsel to determine whether there will be an objection to nondispositive motions is not applicable. This is defendants' first request for an extension of time in this case. The reasons for this motion to extend are as follows:

On October 1, 2007, defendants moved for summary judgment on the basis that no records were improperly withheld by EOUSA and Plaintiff failed to exhaust his administrative remedies with regard to his new FOIA request added by his August 22, 2007 amended complaint. On October 15, 2007, Plaintiff moved for an enlargement of time to file his response to defendants' motion for summary judgment. By order dated October 17, 2007, the Court granted plaintiff's motion for enlargement of time and directed plaintiff to respond to

defendants' motion for summary judgment by December 3, with Defendants; reply, if any, due by December 13, 2007.

Between December 3 and 13, 2007, undersigned counsel has been engaged in defending or taking depositions in three different civil cases in this Court, i.e., Sanders v. U.S., C.A. 07-1169 (ESH), Carvalho v. Winters, C.A. 02- 2218 (RWR), and Lipscomb v. Winter, C.A. 07-103 (JDB).  Because of the time commitment involved in these depositions and although a draft of defendants' reply in this case has been prepared, it has been impossible to finalize defendants' reply for filing by the present due date.  Accordingly, it is respectfully requested that a three-day extension be granted.  A proposed order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served by First-Class mail; postage

prepaid to:

ERNEST B. FORD
Fed. Register No. 08550-007
United States Penitentiary, Big Sandy
P.O. Box 2068
Inez, Kentucky 41224

on this December 13, 2007.

　　　　_____/s/_____
CLAIRE WHITAKER
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C.  20530
(202) 514-7137

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ERNEST B. FORD,                                       )
                                                      )
                          Plaintiff,                  )
                                                      )
          v.                                          )          Civil Action No. 07-1305 (CKK)
                                                      )
UNITED STATES DEPARTMENT                              )
OF JUSTICE, <u>et</u> <u>al.</u>,                                )
                                                      )
                          Defendants.                 )
                                                      )
                                                      )

## ORDER

Upon consideration of defendants' motion to extend the time to file a reply to plaintiff's

opposition to defendants' motion for summary judgment, and for good cause shown, it is this

_____ day of _____, 2007,

ORDERED, that said motion be, and hereby is, granted.  The deadline for defendants'

reply is extended to December 18, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

ERNEST B. FORD
Fed. Register No. 08550-007
United States Penitentiary, Big Sandy
P.O. Box 2068
Inez, Kentucky 41224

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530