UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERNEST B. FORD,                         :
                                        :
         Plaintiff,                     :
                                        :
    v.                                  :    Civil Action No. 07-1305 (CKK)
                                        :
UNITED STATES DEPARTMENT                :
OF JUSTICE, *et al.*,                   :
                                        :
         Defendants.                    :

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion for summary judgment [Dkt. #17] is GRANTED, and that JUDGMENT shall be entered for defendants. It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to plaintiff at his address of record.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                          _____/s/_____
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge

Date:  May 29, 2008